FILED

2022 Jun-29  AM 10:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| **DARRELL D. ROBINSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **7:20-cv-00762-KOB-NAD** |
| **JEFFERSON DUNN, Commissioner,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>MEMORANDUM OPINION</u>

On May 26, 2022, the magistrate judge entered a report and recommendation that the court dismiss this action without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief may be granted. (Doc. 17). Although the magistrate judge advised the plaintiff of his right to file specific written objections within 14 days, the court has received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS the recommendation. Therefore, in accordance with 28 U.S.C. § 1915A(b), the court finds that the action should be dismissed without prejudice for failing to state a claim upon which relief can be granted.

The court will enter a separate Final Order.


**DONE** and **ORDERED** this 29th day of June, 2022.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE